# IN THE SUPREME COURT OF THE STATE OF NEVADA

3D INVESTMENTS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY,

               Appellant,

vs.

GOODRICH WARM SPRINGS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

               Respondent.

No. 81180

**FILED**

SEP 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mark R. Denton, District Judge
      Persi J. Mishel, Settlement Judge
      Rice Reuther Sullivan & Carroll, LLP
      Reid Rubinstein & Bogatz
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-33876